**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, a voluntary Association, and RODOLFO ROSAS, SR, | ) ) ) ) ) ) | No. 1:11-cv-04782 |
| Plaintiffs, | ) ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| v. | ) ) | |
| | ) | Magistrate Judge Young B. Kim |
| THORNE ASSOCIATES, INC., | ) ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Voluntary Dismissal by Plaintiffs filed with the Court, it is hereby ordered that Plaintiffs' Complaint and this cause are dismissed with prejudice and without the assessment of costs or attorneys' fees against any party. All further dates are stricken.

Entered: May 30, 2014

_____
Judge Rebecca R. Pallmeyer